IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LHF PRODUCTIONS, INC., | ) |
| | ) Case No.: 16-cv-6803 |
| Plaintiff, | ) |
| | ) Judge Milton I. Shadur |
| v. | ) |
| | ) |
| DOES 1 – 31, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

PLEASE TAKE NOTICE that on Tuesday, July 26, 2016, at 9:15 am, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, in the courtroom usually occupied by him, Room 2303, in the United States District Courthouse at 219 South Dearborn Street, Chicago, IL and present the accompanying Motion for Leave to Take Discovery Prior to Rule 26(f) Conference.

Dated: July 20, 2016

Respectfully submitted,

LHF PRODUCTIONS, INC.

By: s/ Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
Todd S. Parkhurst (Bar No. 2145456)
Mark A. Cisek (Bar No. 6242683)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
(312) 580-1994 Facsimile
Attorneys for Plaintiff
LHF Productions, Inc.

## **CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 20, 2016.

              _s/Michael A. Hierl_