# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **LHF PRODUCTIONS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 6803 |
| | ) | |
| **DOES 1 - 31**, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Mary Gutierrez ("Gutierrez"), one of the originally targeted "Doe" defendants in this Bit-Torrent-based action by LHF Productions, Inc. ("LHF"), has filed a self-prepared one-sentence "Motion To Squash [sic]" reading:

I am filing this motion to squash the subpoena based on lack of personal service.

Because Gutierrez is obviously a nonlawyer, she is quite understandably unaware of this District Court's requirement that any motion must be noticed up for presentment not more than 14 days after its date of filing (LR 78.2), a time period that has ended today on her motion (which was filed on September 12).

Because this action is not scheduled for a next status hearing until October 25, and because Gutierrez' motion has identified the nature of her objection (albeit in skeletal form), this Court orders LHF's counsel to file a response to Gutierrez' motion to quash on or before October 10, 2016. This Court will then be in a better position to determine what further action is called for on the matter.

_____
Milton I. Shadur
Date: September 23, 2016     Senior United States District Judge